**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

                                      Case No.   1:22-cv-9927-MKV

            Plaintiff,

        - against -

MAKER WINE COMPANY,

           Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

        Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Maker Wine Company.

Dated: Scarsdale, New York
         March 7, 2023

                                                  SHAKED LAW GOUP, P.C.
                                                  Attorneys for Plaintiff

                                       By: _____
                                                  Dan Shaked, Esq.
                                                  14 Harwood Court, Suite 415
                                                  Scarsdale, NY 10583
                                                  Tel. (917) 373-9128
                                                  e-mail: ShakedLawGroup@Gmail.com